■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OBA JOHNSON, Appellant. [863 NYS2d 378]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 24, 2001 (*People v Johnson,* 289 AD2d 507 [2001]), affirming a judgment of the County Court, Dutchess County, rendered April 3, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Santucci, J.P., Florio, Miller and McCarthy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STACY KING, Also Known as EDMOND COLES, Appellant. [863 NYS2d 378]—Appeal by the defendant from an order of the County Court, Rockland County (Kelly, J.), dated February 17, 2005, which denied his motion, in effect, for resentencing.

Ordered that the order is affirmed.

Under the circumstances of this case, the County Court properly denied the defendant's motion, in effect, for resentencing (*see People v Utsey,* 7 NY3d 398 [2006]; *People v Savage,* 29 AD3d 1022 [2006]; *People v Goode,* 25 AD3d 723 [2006]). Prudenti, P.J., Ritter, Florio and McCarthy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY LAND, Appellant. [863 NYS2d 379]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 21, 2003 (*People v Land,* 304 AD2d 774 [2003]), affirming a judgment of the County Court, Orange County, rendered August 3, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Skelos, JJ., concur.